**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff(s)**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWA SAYED A. MAHMOUD, AHMED M. M. ALY KHALIL, MAHMOUD AHMED M. M. ALY KHALIL, MARIAM AHMED M. M. ALY KHALIL, MOHANAD AHMED M. M. ALY KHALIL | Case No.:    8:24-cv-1579 |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1) DECLARATORY AND INJUNCTIVE RELIEF** **2) WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, | |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; MARWA SAYED ABDELGHANY MAHMOUD, AHMED MOHAMED MOHAMED ALY KHALIL, MAHMOUD AHMED M. M. ALY KHALIL, MARIAM AHMED M. M. ALY KHALIL, MOHANAD AHMED M. M. ALY KHALIL ("Plaintiff(s)") brings this action, individually or derivatively on behalf of MARWA SAYED ABDELGHANY MAHMOUD.

## INTRODUCTION

1. This action is brought by Plaintiff Marwa Sayed Abdelghany Mahmoud, derivative spouse Ahmed Mohamed Mohamed Aly Khalil and derivative children Mahmoud Ahmed M. M. Aly Khalil, Mariam Ahmed M. M. Aly Khalil, and Mohanad Ahmed M. M. Aly Khalil, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of July 08, 2019 and which has still not been called for an interview.

2. On January 28, 2019, Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, Ahmed Mohamed Mohamed Aly Khalil, Mahmoud Ahmed M. M. Aly Khalil, Mariam Ahmed M. M. Aly Khalil, and Mohanad Ahmed M. M. Aly Khalil came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On July 08, 2019, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal which was subsequently assigned for processing and adjudication to the New Orleans Asylum Office. *See* **(EXHIBIT A: I-589 Application for Asylum and Withholding of Removal; EXHIBIT B: Receipt Notice).** Shortly thereafter, Respondent relocated to Los Angeles and transferred her asylum case to Defendant Los Angeles Asylum Office. *See* **(EXHIBIT C: Email requesting transfer of case to Los Angeles).** Plaintiff Marwa Sayed Abdelghany Mahmoud, derivative spouse Ahmed Mohamed Mohamed Aly Khalil and derivative children Mahmoud Ahmed M. M. Aly Khalil, Mariam Ahmed M. M. Aly Khalil, Mohanad Ahmed M. M. Aly Khalil sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of being a victim of Female Genital Mutilation ("FGM").

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children, to present themselves for biometric inspection at a designated USCIS Application Support Center. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud and Ahmed Mohamed Mohamed Aly Khalil were instructed to appear on August 01, 2019 at 10:00 A.M. *See* **(EXHIBIT D: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff Mahmoud Ahmed M. M. Aly Khalil was instructed to appear on July 30, 2019 at 8:00 A.M. *Id*. Plaintiff Mariam Ahmed M. M. Aly Khalil was instructed to appear on August 02, 2019 at 8:00 A.M. *Id*. Lastly, Plaintiff Mohanad Ahmed M. M. Aly Khalil was instructed to appear on July 30, 2019 at 2:00 P.M. *Id*. Plaintiff Marwa Sayed Abdelghany Mahmoud and her derivatives did appear at the designated Application Support Center during the appointed time-frame and provided their biometric information.

4. After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. Note: Plaintiff(s) received a notice from the New Orleans Asylum Office confirming Plaintiff's request to add their name to the Standby List for an Affirmative Asylum Interview had been approved on October 16, 2020. *See* (**EXHIBIT E - USCIS New Orleans Asylum Office Standby List Email).** The Plaintiff(s) have been waiting over 5 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and her derivative children are unable to plan for their future and are forced to endure the

constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, Ahmed Mohamed Mohamed Aly Khalil, Mahmoud Ahmed M. M. Aly Khalil, Mariam Ahmed M. M. Aly Khalil, and Mohanad Ahmed M. M. Aly Khalil are citizens of Egypt. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, Ahmed Mohamed Mohamed Aly Khalil, Mahmoud Ahmed M. M. Aly Khalil, Mariam Ahmed M. M. Aly Khalil, and Mohanad Ahmed M. M. Aly Khalil came to the United States on a B2 visa on January 28, 2019. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on July 08, 2019.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.  Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office")
is an office within USCIS and the federal agency with direct authority and responsibility to
adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles
Asylum Office. This suit is brought against Director Radel in his official capacity, as he is
charged with overseeing the adjudication of the asylum applications at the Los Angeles
Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary
of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in
his official capacity, as he is charged with the administration and enforcement of all
immigration and citizenship laws that are bound in the powers, duties, and functions of the
Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the
Agency charged with adjudicating Plaintiff's(s) asylum application. This suit is brought
against Director Jaddou in her official capacity, as she is charged with oversight,
administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of
Refugee, Asylum, and International Operations. This suit is brought against Associate
Director Kim in his official capacity, as he is charged with supervision over all asylum
offices, including the Los Angeles Asylum Office, and it requires some applications to be
forwarded to headquarters before final adjudication, and may, upon information and belief,
have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

**JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative

Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Irvine, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## **EXHAUSTION OF REMEDIES**

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children received their notification to process their biometric information, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS about how much longer they will have to wait for the

pending asylum application to be called for an interview. Plaintiff(s) did receive a response from Defendant USCIS following a request to be added to the Asylum Standby List on October 16, 2020, however, Defendant's response did not provide an asylum interview date. Plaintiff(s) had been waiting over 5 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## **CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative husband, and derivative children filed an application for Asylum and Withholding of Removal on July 08, 2019.

22. Since filing their Application, Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s)  Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 5 years. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and

derivative children have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her derivative spouse, and derivative children are enduring significant psychological trauma.

b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

**PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction in this action;

b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children's asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Marwa Sayed Abdelghany Mahmoud, her derivative spouse, and derivative children's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.

**Dated: July 17, 2024**

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MARWA SAYED ABDELGHANY MAHMOUD ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                 **PAGES**

**A.** I-589 Application for Asylum and Declaration..............................................................1

**B.** I-589 Asylum Receipt Notice.............................................................................18

**C.** Email Requesting Transfer of Case to Los Angeles.................................................. 19

**D.** I-707 Notice of Action – Fingerprint Notifications.................................................. 20

**E.** USCIS New Orleans Asylum Office Standby List Email............................................25

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 05/31/2019

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| None | None | None |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| MAHMOUD | Marwa | Sayed Abdelghany |

**7.** What other names have you used (include maiden name and aliases)?
Marwa Mahmoud

**8.** Residence in the U.S. (where you physically reside)

| Street Number and Name | | Apt. Number |
|---|---|---|
| 2940 Baby Ruth Ln. | | 8 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Antioch | TN | 37013 | (615)753-6522 |

**9.** Mailing Address in the U.S. (if different than the address in Item Number 8)

| In Care Of (if applicable): | Telephone Number |
|---|---|
| Same as above | - |

| Street Number and Name | Apt. Number |
|---|---|
| - | - |

| City | State | Zip Code |
|---|---|---|
| - | - | - |

| 10. Gender: ☐ Male  ☒ Female | 11. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth | |
|---|---|---|
| 03/14/1979 | Giza | Egypt |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Egyptian | Egyptian | White | Muslim |

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings.  **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? (mmm/dd/yyyy) 01/27/2019  **b.** What is your current I-94 Number, if any?  70589170856

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date | 01/28/2019 | Place | Orlando, FL | Status | B-2 | Date Status Expires | 07/27/2019 |
|---|---|---|---|---|---|---|---|
| Date | 10/28/2017 | Place | Los Angeles, CA | Status | B-2 | | |
| Date | | Place | | Status | | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number  A09302252 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Egypt | Travel Document Number  N/A | 03/24/2020 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Arabic | ☐ Yes  ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 04/09/19)

**1**

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) (if any) None | 2. Passport/ID Card Number (if any) A20266071 | 3. Date of Birth (mm/dd/yyyy) 09/25/1975 | 4. U.S. Social Security Number (if any) None |
|---|---|---|---|
| 5. Complete Last Name KHALIL | 6. First Name Ahmed | 7. Middle Name Mohamed Mohamed Aly | 8. Other names used (include maiden name and aliases) None |
| 9. Date of Marriage (mm/dd/yyyy) 07/29/2001 | 10. Place of Marriage Al Haram, Giza, Egypt | 11. City and Country of Birth Giza          Egypt | |
| 12. Nationality (Citizenship) Egyptian | 13. Race, Ethnic, or Tribal Group White | 14. Gender ☒ Male   ☐ Female | |

15. Is this person in the U.S.?
☒ Yes (Complete Blocks 16 to 24.)   ☐ No (Specify location): _____

| 16. Place of last entry into the U.S. Orlando, FL | 17. Date of last entry into the U.S. (mm/dd/yyyy) 01/28/2019 | 18. I-94 Number (if any) 70589300056 | 19. Status when last admitted (Visa type, if any) B-2 |
|---|---|---|---|
| 20. What is your spouse's current status? B-2 | 21. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 07/27/2019 | 22. Is your spouse in Immigration Court proceedings? ☐ Yes  ☒ No | 23. If previously in the U.S., date of previous arrival (mm/dd/yyyy) 10/28/2017 |

24. If in the U.S., is your spouse to be included in this application?   (Check the appropriate box.)
☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. (Skip to Part. A.III., *Information about your background.*)

☒ I have children.  Total number of children: ___3___

(**NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) (if any) None | 2. Passport/ID Card Number (if any) A22582948 | 3. Marital Status (Married, Single, Divorced, Widowed) Single | 4. U.S. Social Security Number (if any) None |
|---|---|---|---|
| 5. Complete Last Name KHALIL | 6. First Name Mahmoud | 7. Middle Name Ahmed M. M. Aly | 8. Date of Birth (mm/dd/yyyy) 05/14/2002 |
| 9. City and Country of Birth Giza          Egypt | 10. Nationality (Citizenship) Egyptian | 11. Race, Ethnic, or Tribal Group White | 12. Gender ☒ Male   ☐ Female |

13. Is this child in the U.S. ?  ☒ Yes (Complete Blocks 14 to 21.)   ☐ No (Specify location): _____

| 14. Place of last entry into the U.S. Orlando, FL | 15. Date of last entry into the U.S. (mm/dd/yyyy) 01/28/2019 | 16. I-94 Number (If any) 70589126856 | 17. Status when last admitted (Visa type, if any) B-2 |
|---|---|---|---|
| 18. What is your child's current status? B-2 | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) 07/27/2019 | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☒ Yes (Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)
☐ No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A22582979 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>KHALIL | 6. First Name<br>Mariam | 7. Middle Name<br>Ahmed M. M. Aly | 8. Date of Birth *(mm/dd/yyyy)*<br>01/16/2005 |
| 9. City and Country of Birth<br>Giza          Egypt | 10. Nationality *(Citizenship)*<br>Egyptian | 11. Race, Ethnic, or Tribal Group<br>White | 12. Gender<br>☐ Male   ☒ Female |

13. Is this child in the U.S.? ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S.<br>Orlando, FL | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>01/28/2019 | 16. I-94 Number *(If any)*<br>70589085556 | 17. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 18. What is your child's current status?<br>B-2 | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>07/27/2019 | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☒ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)*<br>None | 2. Passport/ID Card Number *(if any)*<br>A20266376 | 3. Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | 4. U.S. Social Security Number *(if any)*<br>None |
|---|---|---|---|
| 5. Complete Last Name<br>KHALIL | 6. First Name<br>Mohanad | 7. Middle Name<br>Ahmed M. M. Aly | 8. Date of Birth *(mm/dd/yyyy)*<br>07/01/2010 |
| 9. City and Country of Birth<br>Giza          Egypt | 10. Nationality *(Citizenship)*<br>Egyptian | 11. Race, Ethnic, or Tribal Group<br>White | 12. Gender<br>☒ Male   ☐ Female |

13. Is this child in the U.S.? ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S.<br>Orlando, FL | 15. Date of last entry into the U.S. *(mm/dd/yyyy)*<br>01/28/2019 | 16. I-94 Number *(If any)*<br>70588733556 | 17. Status when last admitted *(Visa type, if any)*<br>B-2 |
|---|---|---|---|
| 18. What is your child's current status?<br>B-2 | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>07/27/2019 | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☒ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)*<br>N/A | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender<br>☐ Male   ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?<br>☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**3**

## Part A.III Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 7 Al Wehda El Arabia St. | Al Haram | Giza | Egypt | 10/2018 | 01/2019 |
|  |  |  |  |  |  |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 2940 Baby Ruth Ln. | Antioch | TN | USA | 01/2019 | Present |
| 7 Al Wehda El Arabia St. | Al Haram | Giza | Egypt | 10/2018 | 01/2019 |
| 10 Ali Mubarak St. | Talbeya | Giza | Egypt | 07/2001 | 10/2018 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Em Al Abtal | High School | Al Haram, Giza, Egypt | 09/1993 | 05/1996 |
| Fatima Al Zahra | Middle School | Al Haram, Giza, Egypt | 09/1990 | 05/1993 |
| Al Saeda Aysha | Elementary School | Al Haram, Giza, Egypt | 09/1985 | 05/1990 |
|  |  |  |  |  |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Trance Travel Company    Giza, Egypt | Director of Public Relations | 01    2012 | 09    2018 |
|  |  |  |  |
|  |  |  |  |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Mahasen    Mohamed Elansary | Rod El Farag, Egypt | ☒ Deceased |
| *Father* Sayed    Abdelghany Mahmoud | Al Azhar, Cairo, Egypt | ☒ Deceased |
| *Sibling* Heba Sayed Abdelghany Mahmoud | Rod El Farag, Egypt | ☐ Deceased  Al Haram, Giza, Egypt |
| *Sibling* Mohamed Sayed Abdelghany Mahmoud | Al Haram, Giza, Egypt | ☐ Deceased  Al Haram, Giza, Egypt |
| *Sibling* Abdelghany Sayed Abdelghany Mahmoud | Al Haram, Giza, Egypt | ☐ Deceased  Al Haram, Giza, Egypt |
| *Sibling* | | ☐ Deceased |

## Part B: Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part I: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   | | |
   |---|---|
   | ☐ Race | ☐ Political opinion |
   | ☐ Religion | ☒ Membership in a particular social group |
   | ☐ Nationality | ☒ Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > My declaration is incorporated herein for your reference.

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > My declaration is incorporated herein for your reference.

## Part B. Information About Your Application   (Continued)

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No          ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A.  Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No          ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B.  Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

My declaration is incorporated herein for your reference.

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☒ No          ☐ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No          ☒ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☒ No          ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

2.A. I had a transit of two (2) hours in Dubai, UAE, while traveling to the US.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No          ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application    (Continued)**

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

*Marwa Mahmoud*
*I-589*
*DOB 03/14/1979*



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Marwa            Sayed Abdelghany    MAHMOUD | مروة سيد عبد الغني محمود |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?        ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?        ☒ No   ☐ Yes

**Signature of Applicant** *(The person in Part. A.I.)*

➡ [ مروة سيد عبد الغني محمود ]

Sign your name so it all appears within the brackets

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>Gihan L. Thomas<br>Law Offices of Gihan Thomas |
|---|---|
| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>611 Wilshire Blvd. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 907 | Los Angeles | CA | 90017 |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N o n e |
|---|---|---|---|

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

**Translator:**

I, Badr H. Shenouda, Ph.D. Cornell University, Ithaca, NY, ATA associate, Hereby certify that I am competent to translate from Arabic to English and vice versa, and that this is a true, accurate, and complete translation of the original document. To the best of my knowledge, ability, and faith.

DR. BADR H. SHENOUDA
TRANSLATOR

Dr. Badr H. Shenouda
Address: 300 Starboard CT., Nashville, TN 37217
Date: April 10th, 2019

Dr. Badr H. Shenouda
Translator and Interpreter
1112 Megfreedom Dr., Nashville, TN 37217
(615) 481-1166

**11**

My name is Marwa Sayed Abdelghany Mahmoud. I am an Egyptian national. I am seeking asylum because I have suffered harm in Egypt and I beg your office to consider my request for protection I was subjected to what is called in Egypt "circumcision". I believe it is commonly known as "female genital mutilation". It is performed in certain families who follow customs, cultures and traditions. Unfortunately, my family believed these customs and cultures and subjected me to this horrendous procedure that has killed my body and my spirit.

Even though this procedure has been performed years ago, its impact on my life remains to the present. I know that nothing would return the part that was cut of my genitals, and that no science could return the mutilated part that took away my ability to be a "complete woman".

I feel embarrassed to speak about this topic because it entails a subject that deals with my genitals, my sexual relationship with my husband and my persistent discharges and infections from my private part. However, I will gain the courage to explain to you what happened to me. My tears are shedding as I am recounting my horror.

I was ten year old when the procedure was performed on me. I recall that I was at home when my father and my maternal uncle took me from home to my uncle's home. When I arrived, my uncle escorted me to the bedroom, and he never entered this bedroom with me. Once inside this bedroom, there were two ladies who took me and forced me to the ground, away from the rugs. As a child, I did not know what was going on. No one explained to me what was going to happen to me. As a child, I never heard or knew anything about circumcision. As an innocent child, I was taken by surprise and shock. I screamed and called for both my father and my uncle, however, they did not respond and left me to face my horrific fate.

One of these ladies took my arm and twisted it behind my back, while the other was taking off my clothes and my underwear. They then succeeded in controlling my movements, so that I was unable to move or fight back. I felt that my heart was stopping and my blood froze in my veins from the terror and fear, not knowing what was going to happen to me. I recall that I felt pressure on my genitals and I screamed from the pain. I also recall one of the ladies pulling my arms and one forcing open my legs that I felt that my bones will crack. I felt a sharp object cutting my genitals, and it was a sharp razor. It cut my skin and flesh with no anesthetic. I felt like the animal that is being slaughtered without any type of humanity. It was like a torture chamber. I also was screaming continuously from the pain and I felt that it was my last

**12**

breath.  I felt fire though my genitals that even extended to other parts of my body.  I was crying and calling on my mother to help me.  After completing the procedure, I saw my father coming in.  I was completed exhausted and I could not move as I was bleeding profusely.  These women used bandage around my genitals.  My father took me home.  I continued to bleed for approximately three days continuously.  No medical attention was provided to me.  I recall that I suffered from anemia and other complications, for example, I could not use the bathroom and I had burning sensations.

I also recall that this procedure has impacted on me psychologically.  I was fearful and became terrified.  I did not want to see my uncle.  I had nightmares and I used to wake up in the middle of the night screaming and crying.  My mother was trying to comfort me, however, I still felt afraid and violated.

My mother never explained what happened to me.  She only told me that things will get better.

When I first had my monthly period, and I saw the scene of the blood coming from my genitals, I became terrified and I started crying.  It brought back memories of the circumcision.  However, my mother explained to me that this is normal and that as a girl, I will see blood from my genitals on a monthly basis.

When I got married, on my wedding night, I also suffered tremendously.  For example because of the narrowness (tied vagina) I suffered from hemorrhage, as result of the circumcision as the doctor, Dr. Hanaa El Kholy has told me.  I am currently treated by her by prescribing me (tantum Rosa and Cyteall) that I take to help my infections and discharges.  Dr. El Kholy explained to me that my condition is consistent with the females that have been subjected to circumcision.

In addition to these physical symptoms that I suffer, I also experience problems in my marital relationship.  I do not have any sexual appetite and experience pain during the intercourse. It is painful to the extent that I do not enjoy the intimate moment, but consider it as torture.  Again, Dr. El Kholy explained that this is because of my circumcision and has advised me to use lubricants to facilitate the intercourse to reduce the pain.  I feel inferior to other women and I am sad that what was done to me has killed me and ruined me as a woman.

During my delivery, I was hesitant to open my legs and give a natural birth However, I was forced by my physician because of the chronic low blood pressure and the placement of the baby in my uterus, that she had to cut

**13**

through my vagina to take the baby out. According to her, it was a complicated delivery, and this was another consequence of my circumcision.

As a mother, I want to protect my child. However, my uncle contacted me several times trying to repeat the horrific tragedy of circumcision and have it performed on my daughter. He has asked me if circumcision was performed on Mariam and I said "No". I will never perform it on my daughter because this procedure is nothing but barbaric and is a violation of her human rights. Neither me nor my husband believe in this procedure. Furthermore, I informed him that I do not want him to be involved with my daughter and that I have no intention to do it. As a mother, I would never want my daughter to undergo my fate and feel my pain.

My uncle was furious and told me that this is the custom and traditions of our family. He accused me of being "westernized" and said that we are "saidaa" which means we are conservative following customs and traditions. He said we will discuss with me and told me to get rid of my ideas so that we don't get into arguments.

On Monday, August 6, 2018, my uncle came with two ladies that I have never seen before and when I asked him, who are these women? He responded me that they are here to see Mariam. I knew that he brought them to circumcise Mariam and I asked that the 2 women leave my home immediately. My uncle attacked me and slapped me on the face. I fell on the ground from the force of his slap. As I was on the ground, I saw him trying to force Mariam into the bedroom and he had the two ladies with him. He took Marian inside, locked the door and stood at the door precluding from going inside to the bedroom to stop the massacre of Mariam. I was screaming hysterically and pushing the door and pounding with all my force to save my daughter, who was screaming inside. I was able to force open the door, as I was like the animal saving her baby. I saw the two women holding my daughter by force and trying to remove her underwear to perform the circumcision. However, I entered the room at the right moment. I save my daughter at the last minute. The ladies seeing what happening left, while my uncle was threatening me, as he was leaving my home.

As a result of this horrific experience, my daughter started to experience some emotional trauma. She was crying. She had nightmares and very nervous, and she became extremely depressed. I became very concerned about the safety of my daughter, so I took Mariam to Dr. Omar Shaheen Hospital on

**14**

November 3, 2018 for psychological evaluation and I am providing a copy of this report.

Sadly that circumcision is not prosecuted in Egypt, and even if the law criminalizes it, the police never prosecute the individuals who perform it as they consider it a culture and tradition of families. It is sad that nothing is implemented to stop this procedure.

My daughter was traumatized and still going through depression. My uncle sent me a message on December 21, 2018 and told me about my daughter circumcision again.  We decided to come to the US and make her feel better and change her mood.  We arrived here on January 28, 2019.  After our arrival, I received messages from my uncle on February 3, 2019 vowing that upon my return that he will have (Om Mohammed)(midwife) circumcise my daughter.  I also received a message from my sister in law, Taghreed on February 2, 2019 telling me that my uncle is still looking for us and I know that because he does not want to give up his ridged traditions. My brother Abdo called me on February 3, 2019 and informed me too that my uncle is looking for us and that he insists on mutilating Mariam.

I suffered harm from this circumcision to the present.  I do not want to see Mariam suffer like me.  I beg your office to consider the request for protection for me and my family.

*marwamahmoud*

_____

Marwa Sayed Abdelghany Mahmoud

**15**

اسمي مروة سيد عبدالغني محمود. أنا مواطنة مصرية أسعى للحصول على اللجوء لأنني تعرضت لأذى في مصر وأرجو منكم النظر في طلب الحماية. لقد تعرضت لما يسمى في مصر "عملية الختان" وهي عملية تعرف باسم "تشويه الأعضاء التناسلية الأنثوية" ويتم تنفيذها في بعض الأسر التي تتبع هذه العادات والتقاليد. لسوء الحظ، عائلتي مقتنعة بهذه العادات وأخضعتني لهذا الإجراء الشنيع الذي قتل جسدي وروحي.

على الرغم من أن هذا الإجراء قد تم تنفيذه منذ سنوات إلا أن تأثيره على حياتي باقي حتى الآن. أعلم أن لا شيء سيعيد الجزء الذي قطع من أعضائي التناسلية، وأنه لا يوجد علم يمكنه إعادة الجزء المشوه الذي أزال قدرتي على أن أكون "امرأة كاملة".

أشعر بالحرج من التحدث في هذا الموضوع لأنه يتعلق بأعضائي التناسلية وعلاقتي الجنسية مع زوجي والإفرازات المستمرة والعدوى التي تحدث في أعضائي التناسلية. ومع ذلك، سأحلى بالشجاعة لأشرح لكم ما حدث لي. دموعي تذرف وأنا أروي قصتي المرعبة.

كنت في العاشرة من عمري عندما قاموا بختاني. أذكر أنني كنت في المنزل عندما أخذني والدي وخالي إلى منزل خالي. عندما وصلت هناك رافقني خالي إلى غرفة النوم ولكنه لم يدخل معي. وما أن دخلت الغرفة وجدت سيدتين أمسكوني بقوة وضعوني على الأرض بعيدًا عن السجاد. وأنا كطفلة لم أكن أعرف ما الذي يحدث. لم يشرح لي أي شخص ما الذي سيحدث لي. فأنا لم أسمع أو أعرف أي شيء عن موضوع الختان. كطفلة بريئة أخذت على غرة وصدمت. صرخت واستنجدت بكل من والدي وخالي، ولكنهما لم يردا علي وتركاني أواجه مصيري المروع.

أخذت واحدة من هاتين السيدتين ذراعي ولتتها خلف ظهري، بينما قامت الأخرى بخلع ملابسي وملابسي الداخلية ونجدا على السيطرة على جسمي بحيث لم أتمكن من الحركة أو المقاومة. شعرت أن قلبي توقف وأن دمي تجمد في عروقي من الرعب والخوف، دون أن أعرف ما الذي سيحدث لي. أذكر أنني شعرت بالضغط على أعضائي التناسلية وصرخت من الألم. أتذكر أيضًا أن إحدى السيدات قامت بسحب ذراعي والمرأة الأخرى أجبرتني على فتح ساقي حتى أنني شعرت بعظامي تنكسر. شعرت بشيء حاد يقطع أعضائي التناسلية: شفرة حلاقة حادة تقوم بتقطيع جلدي ولحمي دون أي مخدر. شعرت كأنني حيوان يتم ذبحه بشكل غير إنساني. كأن الأمر يحدث مثلما يحدث في غرف التعذيب. كنت أصرخ بشكل مستمر من الألم وشعرت أنني ألفظ أنفاسي الأخيرة. شعرت بنار في أعضائي التناسلية امتدت إلى أجزاء أخرى من جسمي. كنت أبكي وأطلب المساعدة من أمي. وبعد الانتهاء من هذه العملية رأيت والدي يدخل الغرفة بينما كانت الغرفة مجهدة تماما ولم أستطع التحرك وكنت أنزف بغزارة. وضعت هاتان السيدتان ضمادة حول أعضائي التناسلية وأخذني والدي إلى المنزل. واصلت النزيف لمدة ثلاثة أيام متواصلة تقريبا ولم يتم تقديم أي عناية طبية لي. أذكر أنني عانيت من فقر الدم ومضاعفات أخرى، وعلى سبيل المثال لم أتمكن من الذهاب إلى المرحاض وكان لدي إحساس بحرقان.

أذكر أيضًا أن هذه العملية أثرت فيّ تأثيرا نفسيا. أصبحت أشعر بالخوف والرعب. لم أعد أريد رؤية خالي. كنت أرى كوابيس في نومي وكنت أستيقظ في منتصف الليل صارخة وباكية. حاولت والدتي أن تطمئني ولكن بالرغم من ذلك كنت أشعر أنني خائنة وانتهكت.

لم توضح لي والدتي أبدًا ما حدث لي. أخبرتني فقط أن الأمور ستتحسن.

عندما مررت بالدورة الشهرية الأولى ورأيت مشهد الدم المتدفق من أعضائي التناسلية، شعرت بالرعب وبدأت أبكي. فقد أعاد ذلك لي ذكريات الختان. ولكن والدتي أوضحت لي أن هذا أمر طبيعي وأنني كفتاة سأرى دمًا يسيل من أعضائي التناسلية بشكل شهري.

عندما تزوجت عانيت بشدة في ليلة زفافي. فعلى سبيل المثال، بسبب الضيق المهبلي تعرضت لنزيف، نتيجة للختان كما أوضحت لي الدكتورة هناء الخولي التي تتابع حالتي الصحية ووصفت لي دواء tantum Rosa and Cyteall لعلاج الالتهابات والإفرازات. شرحت د. الخولي لي حالتي تتطابق مع حالة الإناث اللاتي تعرضن للختان.

بالإضافة إلى الأعراض الجسدية التي أعاني منها، أعاني أيضًا من مشكلات في علاقتي الزوجية. فليس لدي أي شهية جنسية وأشعر بألم أثناء الجماع. أصبح الأمر مؤلما لدرجة أنني لا أستطيع الاستماع بالعلاقة الحميمة بل أعتبرها عملية تعذيب. أوضحت لي د. الخولي أن هذه الأمور تحدث بسبب الختان وأوصتني باستخدام كريمات لتسهيل عملية الجماع وتخفيف الألم. أشعر أنني أقل من النساء الأخريات وأنا حزينة لأن ما حدث لي قتلني ودمرني كامرأة.

أثناء عملية الولادة، كنت لا أريد أن أفتح ساقي وأد ولادة طبيعية. ولكن الطبيبة أجبرتني على ذلك بسبب انخفاض ضغط الدم المزمن وكذلك وضع الطفل في الرحم، فكان عليها أن تخترق المهبل لتتمكن من إخراج الطفل. وقالت لي الطبيبة أن عملية الولادة كانت متعثرة، ويعتبر ذلك نتيجة أخرى من نتائج الختان.

بصفتي أم أريد أن أحمي طفلتي. ولكن بالرغم من ذلك اتصل بي خالي عدة مرات في محاولة لتكرار مأساة الختان المروعة على ابنتي. سألني خالي إذا كان الختان قد أجري على مريم (ابنتي) وقلت له: "لا. لن أقوم بهذه العملية أبدًا على ابنتي لأن هذه العملية ليست سوى أمرا بربريًا

**16**

ويمثل انتهاكًا لحقوقها الإنسانية. لا أنا ولا زوجي نؤمن بهذا الإجراء. علاوة على ذلك، أخبرته أنني لا أريده وأنه ليس لدي أي نية للقيام بختان ابنتي. بصفتي أم، لا أريد لابنتي أن تخضع لنفس المصير وأن تمر بالألم الذي مررت به.

غضب خالي وأخبرني أن هذه هي عادات وتقاليد عائلتنا. واتهمني بإتباع العادات الغربية وقال إننا "صعايدة" مما يعني أننا نحافظ على العادات والتقاليد. وقال إنه سيتناقش معي في الموضوع وطلب مني أن أتخلص من هذه الأفكار حتى لا ندخل في جدال.

وفي يوم الاثنين 6 أغسطس 2018، جاء خالي مع سيدتين لم أرهما من قبل، وعندما سألته: من هؤلاء النساء؟ أجابني أنهما هنا لرؤية مريم. ففهمت أنه أحضر لها ختان مريم فطلبت أن تغادر السيدتان من منزلي على الفور. هاجمني خالي وصفعني على وجهي. سقطت على الأرض من قوة صفعته. وأنا مطرحة على الأرض بدأ يحاول إجبار مريم على دخول غرفة النوم ومعه السيدتان. أخذ مريم إلى الغرفة وأغلق الباب ووقف عند الباب لمنعي من دخول غرفة النوم ووقف بوضع مذبحة مريم. كنت أصرخ بشكل هستيري وأطرق الباب بكل قوتي لإنقاذ ابنتي التي كانت تصرخ. كنت قادرة على فتح الباب لأني كنت كالحيوان الذي يريد إنقاذ طفلته. رأيت المرأتين وهما تمسكان بابنتي بقوة وتحاولان خلع ملابسها الداخلية لأداء عملية الختان. ولكني تمكنت بالرغم من ذلك من دخول الغرفة في الوقت المناسب وإنقاذ ابنتي في اللحظة الأخيرة. عندما رأت السيدتان ما حدث تركتا المنزل في حين أن خالي أخذ يهددني وهو يغادر المنزل.

بدأت ابنتي تعاني من بعض الصدمات العصبية بسبب هذه التجربة المروعة. فقد كانت تبكي وترى كوابيس وأصبحت شديدة العصبية ومكتئبة للغاية. شعرت بقلق شديد فيما يخص صحة وسلامة ابنتي. وأخذتها إلى مستشفى الدكتور عمر شاهين يوم 3 نوفمبر 2018 لإجراء التقييم النفسي ومرفق مع هذا الطلب نسخة من هذا التقرير.

من المحزن أن الختان لا يجرم في مصر، وحتى لو أن القانون يجرمه، فالشرطة لا تحاكم أبداً الأفراد الذين يرتكبون الختان لأنهم يعتبرونه جزءًا من ثقافة وتقاليد العائلات. ومن المحزن أنه لم يتم تنفيذ أي إجراء لوقف هذه الجريمة.

لقد أصيبت ابنتي بصدمة عصبية وما زالت تعاني من الاكتئاب. تلقيت رسالة من خالي في 21 ديسمبر 2018 وقال لي عني ابنتي. قررنا السفر إلى الولايات المتحدة لتحسن حالتها المزاجية. وصلنا يوم 28 يناير 2019. وبعد وصولنا، تلقيت رسالة من خالي في 3 فبراير 2019 يتوعد فيها بأنه لدى عودتي سنقوم أم محمد (الداية) بختان ابنتي. وفي يوم 2 فبراير 2019 تلقيت أيضًا رسالة من أخت زوجي تخبرني أن خالي لا يزال يبحث عني وهذا الأمر متوقع لأنه لا يريد التخلي عن تقاليده الصارمة. وفي يوم 3 فبراير 2019 اتصل بي أخي عبدو وأبلغني هو أيضًا أن خالي يبحث عني وأنه يصر على تشويه مريم.

لقد عانيت من هذا الختان حتى الآن ولا أريد أن أرى مريم تعاني مثلي. أتوسل إلى مكتبكم النظر في طلب الحماية لي ولعائلتي.

مروة سيد عبدالغني محمود

---

مروة سيد عبدالغني محمود

**17**

Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Servi·

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| ZOL1941687640 | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |

| Received Date | Priority Date | Applicant  A203 733 203 |
|---|---|---|
| 07/08/2019 | | MAHMOUD, MARWA SAYED ABDELGHANY |

| Notice Date | Page |
|---|---|
| 07/15/2019 | 1 of 1 |

MARWA MAHMOUD
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD
SUITE 907
LOS ANGELES CA  90017

**Notice Type:** Receipt Notice

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 07/08/2019. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A203 733 203 | MAHMOUD, MARWA |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

New Orleans Sub-Office
U. S. CITIZENSHIP & IMMIGRATION SVC
2424 Edenborn Avenue, Suite 300
Metairie LA 70001

USCIS Contact Center: www.uscis.gov/contactcenter




**18**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  01/01/19

Exhibit C

6/3/2021    Marwa Sayed Abdelghany Mahmoud - A 203 733 203 - TRANSFER JURISDICTION TO LOS ANGELES - gihanthomaslawoffice@gmail.c...



Marwa Sayed Abdelghany Mahmoud - A 203 733 203 - TRANSFER JURISDICTIO

**LAW OFFICES OF GIHAN THOMAS** <gihanthomaslawoffice@gmail.com>
to Now

Dear Sir/Madam

I hope this message finds you well. I would like to transfer the case for the above-mentioned appli
is now residing within the jurisdiction of the asylum office of Southern CA. For your record, please
USCIS office.

You are kindly requested to forward the file to the Tustin Office.

Sincerely,
Gihan L. Thomas
Certified Specialist, Immigration & Nationality Law
The State Bar of California, Board of Legal Specialization
930 Colorado Blvd, Unit 2
Los Angeles, CA 90041
T. 310.203.2242
F. 310.203.2287
E. gihanthomaslaw@yahoo.com
gihanthomaslawoffice@gmail.com

2 Attachments

AR11.pdf            Notice of Entry of ...

**19**
1/1

Exhibit D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **APPLICATION/PETITION/REQUEST NUMBER** ZOL1941687640 | | **NOTICE DATE** 07/16/2019 |
|---|---|---|---|
| **CASE TYPE** 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | **ACCOUNT NUMBER** | **USCIS A#** A203 733 203 | **CODE** 3 |



MARWA SAYED ABDELGHANY MAHMOUD
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD SUITE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS NASHVILLE 1400 Donelson Pike Suite B-13 Nashville TN 37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 08/01/2019                                    10:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE**, and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
|---|
| ☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
1589 - ZOL1941687640



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**20**

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| ASC Appointment Notice | | APPLICATION/PETITION/REQUEST NUMBER ZOL1941687770 | | NOTICE DATE 07/16/2019 |
|---|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A203 733 204 | CODE 3 |

AHMED MOHAMED MOHAMED ALY KHALIL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD SUITE 907
LOS ANGELES CA 90017



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS NASHVILLE 1400 Donelson Pike Suite B-13 Nashville TN 37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 08/01/2019 10:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseeable circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You <u>must</u> notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you <u>must</u> notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| REQUEST FOR RESCHEDULING |
|---|

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZOL1941687770



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**21**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZOL1941687790 | | NOTICE DATE 07/16/2019 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A203 733 205 | CODE 3 |

MAHMOUD AHMED M M ALY KHALIL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD SUITE 907
LOS ANGELES CA 90017



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS NASHVILLE 1400 Donelson Pike Suite B-13 Nashville TN 37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 07/30/2019 08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZOL1941687790



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**22**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZOL1941687840 | | NOTICE DATE 07/16/2019 |
|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A203 733 206 | CODE 3 |



MARIAM AHMED M M ALY KHALIL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD SUITE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS NASHVILLE 1400 Donelson Pike Suite B-13 Nashville TN 37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 08/02/2019 08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-for-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

| **REQUEST FOR RESCHEDULING** |
|---|
| ☐  **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice. |

APPLICATION NUMBER
I589 - ZOL1941687840



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**23**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C 04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZOL1941687940 | | NOTICE DATE 07/16/2019 |
|---|---|---|---|
| CASE TYPE I589 · APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A203 733 207 | CODE 2 |



MOHANAD AHMED M M ALY KHALIL
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD SUITE 907
LOS ANGELES CA 90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS NASHVILLE 1400 Donelson Pike Suite B-13 Nashville TN 37217 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 07/30/2019 02:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

❏ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZOL1941687940



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**24**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

Exhibit E

**g.thomas@gihanthomaslaw.com**

| | |
|---|---|
| **From:** | New Orleans Asylum <neworleans.asylum@uscis.dhs.gov> |
| **Sent:** | Friday, October 16, 2020 8:09 AM |
| **To:** | g.thomas@gihanthomaslaw.com |
| **Subject:** | RE: MARWA SAYED A. MAHMOUD - A 203 733 203 - STAND Y FOR AN INTERVIEW |

Good morning,

We have received your request to be added to the short notice wait list. Your request has been forwarded to the appropriate channel.

Asylum applicants placed on the short-notice list are given priority for filling interview slots made available by cancellations. If an interview spot becomes available due to a cancellation, the Asylum Office will contact an applicant on the short-notice list by phone.

There is no way for the Asylum Office to accurately project the number of cases that will be called from the short-notice list in any given period. As such, the Asylum Office will not provide an estimated date of scheduling for cases on the short-notice list.

Please make sure that your contact information is up to date, and notify the Asylum Office immediately if your phone number changes. Applicants may notify the New Orleans Asylum Sub-Office of such changes by mail or during public walk-in hours on Thursday from 8 am to 12 noon. Applicants will be removed from the short-notice list if the phone number they provided is found to be invalid or disconnected.

In addition, an applicant who is placed on the short-notice list does not give up his or her placement within the Asylum Office's standard scheduling priorities. If your interview is scheduled under the standard scheduling priorities, you will receive an interview notice in the mail. If you have an attorney or accredited representative on file, this individual will also receive a copy of the interview notice in the mail.

Thank you,

New Orleans Asylum Sub-Office

**From:** g.thomas@gihanthomaslaw.com <g.thomas@gihanthomaslaw.com>
**Sent:** Friday, October 16, 2020 4:31 AM
**To:** New Orleans Asylum <neworleans.asylum@uscis.dhs.gov>
**Subject:** RE: MARWA SAYED A. MAHMOUD - A 203 733 203 - STAND Y FOR AN INTERVIEW

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

Good Morning
Thank you for your prompt response-. Applicant's phone number is 615 753 3995
Her current address is 2940 Baby Ruth Lane, Unit 8, Antiac Nashville, TN 37013

Please let us know of any short notice hearing. Stay safe.

1

**25**

**From:** New Orleans Asylum <neworleans.asylum@uscis.dhs.gov>
**Sent:** Thursday, October 15, 2020 10:27 AM
**To:** g.thomas@gihanthomaslaw.com
**Subject:** RE: MARWA SAYED A. MAHMOUD - A 203 733 203 - STAND Y FOR AN INTERVIEW

Good afternoon,

Please verify the applicant's current address and phone number for placement on the short notice list.

Thank you,

New Orleans Asylum Sub-Office

**From:** g.thomas@gihanthomaslaw.com <g.thomas@gihanthomaslaw.com>
**Sent:** Sunday, October 11, 2020 5:42 PM
**To:** New Orleans Asylum <neworleans.asylum@uscis.dhs.gov>
**Subject:** MARWA SAYED A. MAHMOUD - A 203 733 203 - STAND Y FOR AN INTERVIEW

---

**CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Suspicious Email" button to report it as a phishing attempt.

---

Dear Sir/Madam

I hope you are safe during this pandemic.  I am the attorney of record for Ms. Mahmoud – I would really appreciate if you could schedule me for an interview or place me on a short list to come in and have this case completed

I am from Los Angeles, however, I would be delighted to come and visit with New Orleans again, it was a great experience.

Thanks a million.

**26**